UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr80

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| VICTOR GERALDO PAULIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 11, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Counts One, Two and Three in the Bill of Indictment. Count One charges the Defendant with conspiracy to distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. Count Two charges the Defendant with possession with intent to distribute a controlled substance, in violation of 18 U.S.C. § 841(a)(1). Count Three charges the Defendant with unlawful use and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1). .

On February 12, 2010 through March 13, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from February 12, 2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Smith & Wesson .38 caliber revolver and ammunition seized from Defendant on or about March 16, 2009.**

Signed: June 7, 2010

Robert J. Conrad, Jr.
Chief United States District Judge